**FILED**

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0185

**FILED**

JAN 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTING MEMBERS TO
THE SENTENCE REVIEW DIVISION OF THE
MONTANA SUPREME COURT

O R D E R

The term of the Honorable John Warner (Retired) as an alternate member of the Sentence Review Division of the Montana Supreme Court expired on December 31, 2021. The Court thanks Judge Warner for his service to the Commission, to the Court, and to the people of Montana.

Pursuant to § 46-18-901, MCA, the expiration of Judge Warner's term requires the Chief Justice of this Court to appoint a new alternate member to the Sentence Review Division. Judge Warner has expressed an interest in being reappointed. Therefore, and with the consent of the appointee,

IT IS ORDERED that the Honorable John Warner (Retired) is reappointed as the alternate member to the Sentence Review Division for a term of three years, expiring December 31, 2024.

The Clerk is directed to provide copies of this Order to the Honorable John Warner, all members of the Sentence Review Division, the State Bar of Montana, Shelly Smith, Office Administrator for the Sentence Review Division, and all Montana District Court Clerks.

DATED this 12th day of January, 2022.

For the Court,

By _____
Chief Justice